No. 42389.—Protests 514923–G, etc., of I. Florsheim et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel, cups, match holders, calendars, photo frames, pen stands, match stands, jars, bottles,

match boxes, desk pads, shakers, boxes, inkstands, paperweights, coaster sets, and corks chiefly used on the table or in the household and hollow flasks were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), Abstract 34153, and *Viking Trading Co.* v. *United States* (C. D. 132) cited.